FOR PUBLICATION

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

JUN 6 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| KIMETRA BRICE; EARL BROWNE; JILL NOVOROT, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> PLAIN GREEN, LLC, <br><br> Defendant, <br><br> and <br><br> HAYNES INVESTMENTS, LLC; L. STEPHEN HAYNES, <br><br> Defendants-Appellants. | No.   19-15707 <br><br> D.C. No. 3:18-cv-01200-WHO <br> Northern District of California, <br> San Francisco <br><br> **ORDER** |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.

Judge Koh did not participate in the deliberations or vote in this case.